UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
INSURANCE CORPORATION OF HANNOVER
a/s/o J & B EVENTS and BARRY WALLUCK,

                      Plaintiff,

      v.

WINTRHOP DEVELOPERS,

                  Defendant (s).
-------------------------------------------------------------X

Summons Iss'd (WL)

**06 -CV- 0566**

Docket No.    **NAM / DRH**

COMPLAINT

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 0 8 2006
# 350. Paid
LAWRENCE K. BAERMAN, CLERK
ALBANY

Plaintiff Insurance Corporation of Hannover a/s/o J & B Events and Barry Walluck, by its attorneys, Graham, Miller, Neandross, Mullin & Roonan, LLC., complaining of the defendant, states:

<u>PARTIES</u>

1. At all times hereinafter mentioned, plaintiff is a corporation duly existing as an insurance company under the laws of the State of New York, with its principal place of business located at 500 Park Boulevard, Itasca, Illinois 60143 and it subrogated to all claims that J & B Events and Barry Walluck may have against the defendant by virtue of its payment under a policy of insurance.

2. Upon information and belief, at all time hereinafter mentioned, defendant Winthrop Developers is a corporation and/or partnerships, duly existing under the laws of the State of New York, with its principal place of business located at 435 New Karner Road, Albany, New York 12205.

## JURISDICTION

3. This Court has jurisdiction under 28 U.S.C. 1337 since the parties are citizens of different states and the amount in controversy in over $75,000.00.

## FIRST CAUSE OF ACTION

4. On January 15, 2004, J & B Events and Barry Walluck occupied premises owned by defendant Winthrop Developers and located at 454 South Pearl Street, Albany, New York.

5. On January 15, 2004, a pipe in the sprinkler system burst, causing water to flow onto the property of J & B Events and Barry Walluck, resulting in damage in the amount of $138,928.00.

6. The damage to the property was the sole result of defendant's negligence and neither plaintiff or J & B Events and Barry Walluck were contributorily negligent.

7. As a result of defendant's negligence, plaintiff suffered a loss of $138,928.00./

WHEREFORE, plaintiff respectfully requests a judgment in favor of the plaintiff against the defendant in the sum of $139,928.00, with interest from January 15, 2004, plus costs, expenses, attorneys' fees and such other relief which the Court deems just and proper.

DATED:    May 3, 2006
           New York, New York

GRAHAM, MILLER, NEANDROSS,
MULLIN & ROONAN, LLC.
Attorneys for the Plaintiff
2350 Broadway
New York, New York 10024
(212) 671-1179, Ext. 802
(212) 877- 4487 (Fax)
Email : wjm@grahammiller.com

By _____
William Mullin (WM-5318)